## WOODLAND *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 42, September Term, 1965.]

*Decided November 10, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, OPPEN-HEIMER and McWILLIAMS, JJ.

PER CURIAM.

This application for leave to appeal from a denial of post conviction relief contains no statement of reasons, as required by Maryland Rule BK46 b, and must be dismissed on that ground. *Buettner v. Superintendent,* 239 Md. 710, 212 A. 2d 464 (1965); *Dofflemyer v. Director,* 237 Md. 639, 206 A. 2d 703 (1965).

Furthermore, even if Rule BK46 b had been complied with, the application would be dismissed for the reasons stated by Judge Macgill in his memorandum and order of May 28, 1965.

*Application denied.*